UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:24-cr-50137 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Failure to Register as a Sex Offender (18 U.S.C. § 2250(a)) |
| BOBBY SIERRA, | |
| Defendant. | |

The Grand Jury charges:

On or about between August 4, 2024, and the date of this Indictment in the District of South Dakota and elsewhere, the defendant, Bobby Sierra, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Federal law, did knowingly fail to register and update a registration, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____